[Civ. No. 11778.   Second Appellate District, Division Two.—March 23, 1938.]

GEORGE W. ISETT, Appellant, v. BEN FREES et al., Respondents.

No appearance for Appellant.

W. I. Gilbert for Respondents.

THE COURT.—Upon submission of the motion to dismiss, the presiding justice in open court made the following statement:

■ This matter comes before the court on a motion to dismiss. The appellant has not appeared in the case; that is, there has been no transcript or brief filed within the time provided by law. The motion is good and it is granted. (*In re Yahne,* 193 Cal. 386 [224 Pac. 452]; *In re Wignall,* 193 Cal. 387 [224 Pac. 452].)